1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    PATRICK WILLIAM SNYDER, CSBN 260690
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8927
        Facsimile: (415) 744-0134
7       E-Mail: Patrick.Snyder@ssa.gov

8   Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                                  FRESNO

13  CARL CRIBBS,                      )
                                      )   CIVIL NO. 1:11-cv-00654 AWI - SMS
14          Plaintiff,                )
                                      )
15          v.                        )   **STIPULATION FOR EXTENSION OF**
                                      )   **TIME AND ORDER**
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18          Defendant.                )
    _____    )

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

22  Opening Brief up to and including February 1, 2012. The response is currently due on January 2, 2012.

23  This extension is being sought because the undersigned attorney for the Commissioner was unable to

24  complete the Commissioner's brief within the original time frame due to the unavoidable transfer of

25  assignments from other attorneys. This is the Commissioner's first extension request.

26      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27                              Respectfully submitted,

Dated: December 27, 2011        /s/ Sengthiene Bosavanh
                                _____
                                SENGTHIENE BOSAVANH
                                (as authorized via email on December 27, 2011)
                                Attorney at Law
                                Attorney for Plaintiff

Dated: December 27, 2011        BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                          By:   /s/ Patrick William Snyder
                                _____
                                PATRICK WILLIAM SNYDER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   December 28, 2011            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE