1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
4 Special Assistant United States Attorney

5      333 Market Street, Suite 1500
     San Francisco, California 94105
6      Telephone: (415) 977-8927
     Facsimile: (415) 744-0134
7      E-Mail: Patrick.Snyder@ssa.gov

8 Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                              FRESNO

12

13 CARL CRIBBS,                    )
                                   )   CIVIL NO. 1:11-cv-00654 AWI - SMS
14        Plaintiff,               )
                                   )
15        v.                       )   **STIPULATION FOR EXTENSION OF**
                                   )   **TIME AND ORDER**
16 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
17 Social Security,                )
                                   )
18        Defendant.               )
   _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

22 Opening Brief up to and including February 1, 2012.  The response is currently due on January 2, 2012.

23 This extension is being sought because the undersigned attorney for the Commissioner was unable to

24 complete the Commissioner's brief within the original time frame due to the unavoidable transfer of

25 assignments from other attorneys.  This is the Commissioner's first extension request.

26      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

27                              Respectfully submitted,

Dated: December 27, 2011          */s/ Sengthiene Bosavanh*

_____
SENGTHIENE BOSAVANH
(as authorized via email on December 27, 2011)
Attorney at Law
Attorney for Plaintiff

Dated: December 27, 2011          BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:      */s/ Patrick William Snyder*

_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   December 28, 2011              /s/ Sandra M. Snyder
_____
UNITED STATES MAGISTRATE JUDGE

2